| | | |
|---|---|---|
| SHAWN RODGERS | * | IN THE |
| 5 Kerria Lane | | |
| Baltimore, MD 21220 | * | CIRCUIT COURT |
| | | |
| Plaintiff | * | FOR |
| | | |
| v. | * | BALTIMORE COUNTY |
| | | C-03-CV-22-001124 |
| CARY BEDFORD | * | CASE NO: |
| 206 Mattix Run | | |
| Galloway, NJ 08205 | * | |
| | | |
| And | * | |
| | | |
| PACCAR LEASING CO. | * | |
| 777 106th Avenue N.E. | | |
| Bellevue, WA 98004 | * | |
| | | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

NOW COMES, Shawn Rodgers, ("Plaintiff"), by and through his attorneys, Stephen L. Freedman, Esquire and The Law Offices of Michael A. Freedman, P.A. and sues Cary Bedford ("Bedford") and PACCAR Leasing Co. ("PACCAR"), Defendants, and as reasons therefore states as follows:

## COUNT I

Plaintiff sues Defendants and states:

1. That on the 17th day of December 2019, at approximately 5:39 a.m., Plaintiff was the operator of a vehicle which was travelling eastbound on Pulaski Highway, at or near its intersection with Middle River Road.

2. That at the same time and place, a truck tractor trailer owned by Defendant PACCAR and operated by the Defendant Bedford was traveling in the same direction on Pulaski Highway at the aforementioned intersection.

The Law Offices of

ichael A. Freedman, P.A.
110 Painters Mill Road
Suite 100
)wings Mills, Maryland 21117

(410)363-6848
Fax (410)581-9420

3.   That Defendant Bedford failed to signal properly while attempting a left-hand turn in the break area of Pulaski Highway, causing Plaintiff to strike the right rear of the truck tractor trailer causing him to travel off the roadway into a marshy area.

4.   That Pulaski Highway is a public thoroughfare in Baltimore County, thus venue is proper in Baltimore County.

5.   That Defendant PACCAR, was negligent in that they allowed Defendant Bedford to operate their vehicle and that Defendant Bedford, was careless, reckless and negligent in that he:

    a.    failed to use proper caution when operating a motor vehicle; in violation of Maryland Transportation Code, 21-801, (a);

    b.    failed to maintain proper control of the vehicle; in violation of Maryland Transportation Code 21-801, (b);

    c.    failed to keep a proper lookout in violation of Maryland Transportation Code 21-403 (b);

    d.    failed to avoid a collision in violation of Maryland Transportation Code 21.901, (a) and (b);

    e.    failed to maintain a reasonable and prudent speed in violation of Maryland Transportation Code, 21-801 (a), (b) and (c);

    f.    was guilty of negligent and or reckless driving in violation of Maryland Transportation Code, 21-901.1 (a) and (b);

6.   That the collision caused Plaintiff to sustain injuries, including, but not limited to his back and left hip/pelvis, requiring surgery.

7.   That as a result thereof, Plaintiff was caused to undergo extensive medical treatment for the care of said injuries and incurred medical expenses as a result thereof.

The Law Offices of

ichael A. Freedman, P.A.
I 10 Painters Mill Road
Suite 100
)wings Mills, Maryland 21 I 17

(410)363-6848
Fax(410)581-9420

8.  That Plaintiff contends that all of his injuries, past, present and prospective were caused by the negligence of Defendants without any negligence or want of due care on the part of Plaintiff contributing thereunto.

WHEREFORE, Shawn Rodgers, Plaintiff, claims damages in excess of SEVENY-FIVE THOUSAND DOLLARS ($75,000.00) from the Defendants, Cary Bedford and PACCAR Leasing Co.

Stephen L. Freedman, Esquire (6930)
CPF # 0006210158
Law Offices of Michael A. Freedman, P.A.
110 Painters Mill Road, Suite 100
Owings Mills, Maryland 21117
410-363-6848
stephen@maflaw.com

***Attorneys for Plaintiff, Shawn Rodgers***

The Law Offices of

ichael A. Freedman, P.A.
110 Painters Mill Road
Suite 100
)wings Mills, Maryland 21117

(410)363-6848
Fax (410)581-9420

E-FILED; Baltimore County Circuit Court
Docket: 3/24/2022 8:42 AM; Submission: 3/24/2022 8:42 AM

IN THE CIRCUIT COURT FOR Baltimore County
(City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff*: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant*: You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

FORM FILED BY: ☒PLAINTIFF ☐DEFENDANT   CASE NUMBER C-03-CV-22-001124
(Clerk to insert)

CASE NAME: Shawn Rodgers                vs.   Cary Bedford, et al.
        Plaintiff                                    Defendant

PARTY'S NAME: Shawn Rodgers                PHONE:

PARTY'S ADDRESS: 5 Kerria Lane, Baltimore, MD  21220

PARTY'S E-MAIL:

**If represented by an attorney:**

PARTY'S ATTORNEY'S NAME: Stephen L. Freedman     PHONE: 410-363-6848

PARTY'S ATTORNEY'S ADDRESS: 110 Painters Mill Rd., #100, Owings Mills, MD  21117

PARTY'S ATTORNEY'S E-MAIL: stephen@maflaw.com

JURY DEMAND? ☒Yes ☐No

RELATED CASE PENDING? ☐Yes ☒No  If yes, Case #(s), if known:

ANTICIPATED LENGTH OF TRIAL?: _____ hours __2__ days

### PLEADING TYPE

New Case: ☒Original   ☐Administrative Appeal   ☐Appeal

Existing Case: ☐Post-Judgment   ☐Amendment

*If filing in an existing case*, skip Case Category/ Subcategory section - go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint - DOB of Youngest Plt: _____
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☒ Motor Tort
- ☐ Negligence
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☐ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud

- ☐ Government
- ☐ Insurance
- ☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property / Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Workers' Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance

- ☐ Constructive Trust
- ☐ Contempt
- ☐ Deposition Notice
- ☐ Dist Ct Mtn Appeal
- ☐ Financial
- ☐ Grand Jury/Petit Jury
- ☐ Miscellaneous
- ☐ Perpetuate Testimony/Evidence
- ☐ Prod. of Documents Req.
- ☐ Receivership
- ☐ Sentence Transfer
- ☐ Set Aside Deed
- ☐ Special Adm. - Atty
- ☐ Subpoena Issue/Quash
- ☐ Trust Established
- ☐ Trustee Substitution/Removal
- ☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

CC-DCM-002 (Rev. 04/2017)

Page 1 of 3

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

- ☐ Abatement
- ☐ Administrative Action
- ☐ Appointment of Receiver
- ☐ Arbitration
- ☐ Asset Determination
- ☐ Attachment b/f Judgment
- ☐ Cease & Desist Order
- ☐ Condemn Bldg
- ☐ Contempt
- ☐ Court Costs/Fees
- ☒ Damages-Compensatory
- ☐ Damages-Punitive

- ☐ Earnings Withholding
- ☐ Enrollment
- ☐ Expungement
- ☐ Findings of Fact
- ☐ Foreclosure
- ☐ Injunction
- ☐ Judgment-Affidavit
- ☐ Judgment-Attorney Fees
- ☐ Judgment-Confessed
- ☐ Judgment-Consent
- ☐ Judgment-Declaratory
- ☐ Judgment-Default

- ☐ Judgment-Interest
- ☐ Judgment-Summary
- ☐ Liability
- ☐ Oral Examination
- ☐ Order
- ☐ Ownership of Property
- ☐ Partition of Property
- ☐ Peace Order
- ☐ Possession
- ☐ Production of Records
- ☐ Quarantine/Isolation Order
- ☐ Reinstatement of Employment

- ☐ Return of Property
- ☐ Sale of Property
- ☐ Specific Performance
- ☐ Writ-Error Coram Nobis
- ☐ Writ-Execution
- ☐ Writ-Garnish Property
- ☐ Writ-Garnish Wages
- ☐ Writ-Habeas Corpus
- ☐ Writ-Mandamus
- ☐ Writ-Possession

*If you indicated **Liability** above*, mark one of the following.  This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐Liability is conceded.  ☐Liability is not conceded, but is not seriously in dispute. ☐Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000      ☐ $10,000 - $30,000      ☐ $30,000 - $100,000      ☒ Over $100,000

☒ Medical Bills $____TPD____      ☒ Wage Loss $____TPD____      ☐ Property Damages $_____

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101?  (Check all that apply)

A. Mediation          ☒Yes   ☐No                    C. Settlement Conference   ☒Yes   ☐No
B. Arbitration        ☒Yes   ☐No                    D. Neutral Evaluation        ☐Yes   ☒No

## SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

## ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL**.*          ***(Case will be tracked accordingly)***

- ☐ 1/2 day of trial or less
- ☐ 1 day of trial time
- ☐ 2 days of trial time
- ☐ 3 days of trial time
- ☐ More than 3 days of trial time

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited**- Trial within 7 months of Defendant's response          ☐ **Standard** - Trial within 18 months of Defendant's response

EMERGENCY RELIEF REQUESTED

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE
## MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

## CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☐ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff_____ . |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

## CIRCUIT COURT FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| ☐ | Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☒ | Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ | Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ | Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

3/22/2022
_____
Date

110 Painters Mill Rd., Suite 100
_____
Address

Owings Mills      MD      21117
_____
City            State      Zip Code

_____
Signature of Counsel / Party

Stephen L. Freedman
_____
Printed Name

CC-DCM-002 (Rev. 04/2017)          Page 3 of 3



**CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND**
401 Bosley Avenue, P.O. Box 6754
Towson, MD 21285-6754

**To:** PACCAR LEASING CO.
777 106TH AVENUE N.E.
BELLEVUE, WA 98004

|  |  |
|---|---|
| **Case Number:** | **C-03-CV-22-001124** |
| **Other Reference Number(s):** |  |
| **Child Support Enforcement Number:** |  |

**SHAWN RODGERS VS. CARY BEDFORD, ET AL.**

Issue Date: 3/24/2022

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached complaint filed by:

SHAWN RODGERS
5 Kerria Lane
Baltimore, MD 21220

This summons is effective for service only if served within 60 days after the date it is issued.

*Julie L. Ensor*

Julie L. Ensor
Clerk of the Circuit Court

To the person summoned:
   Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
   Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

**Shawn Rodgers vs. Cary Bedford, et al.**                    **Case Number: C-03-CV-22-001124**

## SHERIFF'S RETURN
**(please print)**

To:  PACCAR LEASING CO.

_____ ID# _____ of the _____
                Serving Sheriff's Name

County Sheriff's office present to the court that I:

    (1) Served _____
                                                    Name of person served

on _____ at _____
            Date of service                                    Location of service

_____ by _____ with the following:
                                                    Manner of service

        ☐ Summons                                          ☐ Counter-Complaint

        ☐ Complaint                                         ☐ Domestic Case Information Report

        ☐ Motions                                           ☐ Financial Statement

        ☐ Petition and Show Cause Order                     ☐ Interrogatories

        ☐ Other _____
                                        Please specify

    (2) Was unable to serve because:

        ☐ Moved left no forwarding address        ☐ No such address

        ☐ Address not in jurisdiction             ☐ Other _____
                                                                            Please specify

Sheriff fee: $ _____        ☐ waived by _____

        _____  _____
             Date                          Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:
1.  This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2.  Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3.  Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4.  If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).



**CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND**
401 Bosley Avenue, P.O. Box 6754
Towson, MD 21285-6754

**To:** CARY BEDFORD
206 MATTIX RUN
GALLOWAY, NJ 08205

| | |
|---|---|
| **Case Number:** | **C-03-CV-22-001124** |
| **Other Reference Number(s):** | |
| **Child Support Enforcement Number:** | |

**SHAWN RODGERS VS. CARY BEDFORD, ET AL.**

Issue Date: 3/24/2022

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this court, to the attached complaint filed by:

SHAWN RODGERS
5 Kerria Lane
Baltimore, MD 21220

This summons is effective for service only if served within 60 days after the date it is issued.

*Julie L. Ensor*

Julie L. Ensor
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

**Shawn Rodgers vs. Cary Bedford, et al.**                                   **Case Number: C-03-CV-22-001124**

## SHERIFF'S RETURN
### (please print)

To:  CARY BEDFORD

_____ ID# _____ of the _____
                 Serving Sheriff's Name

County Sheriff's office present to the court that I:

    (1) Served _____
                                                          Name of person served

on _____ at _____
              Date of service                                              Location of service

_____ by _____ with the following:
                                                              Manner of service

        ☐ Summons                         ☐ Counter-Complaint

        ☐ Complaint _____ ☐ Domestic Case Information Report

        ☐ Motions                         ☐ Financial Statement

        ☐ Petition and Show Cause Order       ☐ Interrogatories

        ☐ Other _____
                                            Please specify

    (2) Was unable to serve because:

        ☐ Moved left no forwarding address     ☐ No such address

        ☐ Address not in jurisdiction          ☐ Other _____
                                                                                                        Please specify

Sheriff fee: $ _____ ☐ waived by _____

_____        _____
      Date                     Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:
1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).